

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00051-CR
### NO. 02-13-00052-CR

TRIMYIAN BARROW A/K/A                      APPELLANT
TRYMYIAN BARROW

V.

THE STATE OF TEXAS                                STATE

----------

## FROM THE 297TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Pursuant to a plea bargain, Appellant Trimyian Barrow a/k/a Trymyian Barrow pled guilty to aggravated sexual assault by threats and placing in fear, a first-degree felony, [2] and violating a protective order, a third-degree felony, [3] and

---

[1]*See* Tex. R. App. P. 47.4.

[2]*See* Tex. Penal Code Ann. § 22.021(a)(1), (2)(A)(ii)–(iii), (e) (West Supp. 2012).

[3]*See id.* § 25.07(a), (g).

the trial court convicted him of those offenses and sentenced him to ten years' confinement in each case. Appellant filed a timely notice of appeal in each case.

For each case, the trial court's certification states that this is a plea-bargained case and that Appellant has no right of appeal. Accordingly, we informed Appellant by letter on February 6, 2013, that these cases were subject to dismissal unless he or any party showed grounds for continuing the appeals on or before Tuesday, February 19, 2013.[4] Appellant timely responded, but his response does not raise grounds for continuing the appeals. We therefore dismiss these appeals.[5]

PER CURIAM

PANEL: DAUPHINOT, GARDNER, and WALKER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: March 28, 2013

---

[4]*See* Tex. R. App. P. 25.2(a)(2), 25.2(d).

[5]*See* Tex. R. App. P. 25.2(d), 43.2(f).